# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 26, 2025

Mr. Michael John Yanochik
Pappas Grubbs Price, P.C.
909 Fannin Street
2 Houston Center
Suite 2500
Houston, TX 77010

No. 25-60377 Precision Refractory v. Chavez-DeRemer
USDC No. 23-0121

Dear Mr. Yanochik,

On August 20, 2025, we received your Notice of Substitution of Counsel.

In light of the fact that the document was improperly submitted via the procedure reserved for submitting new/originating case opening documents, we are taking no action.

Any new counsel must electronically file an appearance form via the Court's Case Management/Electronic Case Filing (CM/ECF) system.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
Mr. Steven O. Grubbs
Ms. Jessica Matthis

**P.S. to Mr. Yanochik:** Your Fifth Circuit bar status is currently inactive. If you have submitted an application for readmission, then once you receive notification that you are readmitted, you may proceed with electronically filing an appearance form in this case. If you have not submitted an application for readmission, then you may do so by accessing the Court's website at www.ca5.uscourts.gov; you may also call the Fifth Circuit Attorney Admission Department for guidance at 504-310-7947.