No. 25-60377

UNITED STATES COURT OF APPEALS FOR
THE FIFTH CIRCUIT

| | | |
|---|---|---|
| PRECISION REFRACTORY SERVICES, LLC and its Successors<br><br>*Petitioner,*<br><br>v.<br><br>LORI CHAVEZ-DEREMER, Secretary of Labor, United States Department of Labor, and OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION,<br><br>*Respondents.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | On Petition for Review |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Notice is hereby given that the undersigned attorney, Michael J. Yanochik of Pappas Grubbs Price PC, enters an appearance in this matter and substitution in place of Travis Livermore, who is no longer with Pappas Grubbs Price PC, as additional counsel on behalf of Petitioner Precision Refractory Services, LLC, and for the purpose of receiving notices and orders from the Court. The undersigned may be reached as follows:

Michael J. Yanochik
State Bar No. 00785294
Federal ID: 17742
PAPPAS GRUBBS PRICE PC
909 Fannin St, Suite 2500
Houston, TX 77087
Telephone: 713.951.1018
Facsimile: 713.951.1199
myanochik@pappasgrubbs.com

Steven O. Grubbs remains lead counsel and an active contact in this matter.

Respectfully submitted,

**PAPPAS GRUBBS PRICE PC**

By: *__/s/ Michael J. Yanochik______*
Steven O. Grubbs
State Bar No. 00796683
Federal ID: 21932
sgrubbs@pappasgrubbs.com
Michael J. Yanochik
State Bar No. 00785294
Federal ID: 17742
myanochik@pappasgrubbs.com
Two Houston Center
909 Fannin Street, Suite 2500
Houston, Texas 77010
Telephone: 713.951.1014
Facsimile: 713.951.1199

***Attorneys for Petitioner Precision Refractory Services, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all known attorneys of record via the e-filling system on the 20th day of August 2025.

*/s/ Michael J. Yanochik*
Michael J. Yanochik